OPINION — AG — ** APPROPRIATION DIVIDED IN TWO FOLLOWING YEARS ** THE APPROPRIATION MADE BY SECT. 4 OF BILL NO. 516 MUST BE CONSIDERED AS AN APPROPRIATION OF ONE HALF OF THE FUNDS THERE INVOLVED FOR THE FISCAL YEAR AND ONE HALF FOR THE FOLLOWING YEAR AND THAT SUCH FUNDS ARE SUBJECT TO FISCAL YEAR LIMIATIONS AS PROVIDED IN SECT. 7 OF SAID ACT. (END OF YEAR, BALANCES, BUDGET, SPLIT APPROPRIATIONS) CITE: ARTICLE V, SECTION 55, 43A O.S. 4 [43A-4], 62 O.S. 41.6 [62-41.6] (JAMES P. GARRETT)